United States District Court
Middle District Tennessee

)    Craig Cunningham
)    Plaintiff, Pro-se
)
)       v.                CIVIL ACTION NO. 3:16-cv-02285
)
) First Class Vacations, Inc, Rebecca Nahom, Firefly Travel Corp and Peter Tolman, dba Leads Direct Marketing
)       John/Jane Doe 1-10
)       Defendants.

### Plaintiff's Motion for leave to file a manual exhibit

1. To the honorable US District Court:

2. The Plaintiff includes a USB as a manual exhibit subject to the court granting the Plaintiff's leave to file a manual exhibit. The USB drive contains a call with the Plaintiff and Jeff Nahom in January 2017.

*Craig Cunningham*
Plaintiff,
Plaintiff, Pro-se
5543 Edmondson Pike ste 248
4/6/2018

United States District Court
Middle District Tennessee

)   Craig Cunningham
)   Plaintiff, Pro-se
)
)           v.                           **CIVIL ACTION NO.** 3:16-cv-02285
)
) First Class Vacations, Inc, Rebecca Nahom, Firefly Travel Corp and Peter Tolman, dba Leads Direct Marketing
)        John/Jane Doe 1-10
)   Defendants.

## Plaintiff's Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the following via USPS First Class mail on 4/6/2018

Andrew Davis, Meridian Law, PLLC 2900 Vanderbilt Place, ste 100, Nashville, TN 37212

Craig Cunningham
5543 Edmondson Pike, ste 248
Nashville, TN 37211
615-348-1977
4/6/2018

3000 Custer Rd
Ste 270-206
Plano, TX 75075

US District Court
801 Broadway
Nashville, TN 37203

**RECEIVED**
IN CLERK'S OFFICE
APR 17 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

