# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM )<br>    Plaintiff(s) )<br>)<br>v. )<br>)<br>FIRST CLASS VACATIONS, INC., et al. )<br>    Defendant(s) ) | Case No. 3:16-2285<br>Judge Crenshaw/Frensley |

## O R D E R

Pending before the Court is a Motion to Withdraw as Counsel (Docket No. 70) and Motion to Extend Deadline for Defendants to Respond to Plaintiff's Discovery Requests (Docket No. 71) filed by Defendants First Class Vacations, Inc., Firefly Travel Corp., and Rebecca Nahom. Both Motions are GRANTED. Defendants have 30 days from the date of this Order to retain substitute counsel or proceed *pro se*. Defendants shall respond to Plaintiff's Discovery Requests on or before **August 13, 2018.**

The Parties are reminded that the defendant corporations shall retain an attorney to represent its interest in this case. Local Rule 83.01(d)(3) states:

> All corporations chartered to do business as profit or nonprofit organizations must be represented by an attorney duly admitted or authorized to practice before this Court. Except by leave of Court, the Clerk of Court will not accept the filing of pleadings by such corporations unless such organizations are represented by counsel.

The Clerk's Office is directed to send a copy of this Order to Defendants First Class Vacations, Inc., Firefly Travel Corp., and Rebecca Nahom at the addresses listed in the Motion to Withdraw.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge