Tuesday, August 07, 2018


RECEIVED
IN CLERK'S OFFICE
AUG 13 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

The United States District Court Middle District Of Tennessee Nashville Division
800 US Court House
Nashville, TN 37203

RE: Case No. 3:16-2285   Craig Cunningham v. First Class Vacations, Inc.

Attention: Clerk United States District Court.

I am writing to let the court know that I am unable to afford an attorney at this time as well as ask go through a third party arbitrator to settle this matter. I originally retained Meridian Law located at 2900 Vanderbilt Place, Suite 100, Nashville, TN 37215 to represent me for this case. I paid them approximately $7,300.00 in legal fees. However, I was unable to continue paying them as I can't afford legal representation at this time and struggling financially. I have been experiencing great financial distress since last year when hurricane Irma affected my business, and it has been very a very difficult time for me as I have a wife and 4 small children to support and my business is nearly bankrupt. Consequently, I will be representing myself pro se. I have no other option at this time. I realize with complete respect that I need to try and resolve this matter in the best possible way, and I would appreciate any assistance the court could give me in going to a third party arbitrator to settle this matter without going through the court system. Any guidance or assistance in the possibility of going through an arbitrator to settle this as soon as possible would be greatly appreciated.

Respectfully,

_____
Jeffrey Nahom
First Class Vacations Inc.
1515 S. Federal Hwy, Suite 301
Boca Raton, FL  33432
1-800-650-5124 Ext 340

Jeff Nahom
First Class Vacations
1515 S. Federal Hwy, Suite 301
Boca Raton, FL 33432

The United States District Court Middle District of Tennessee Nashville Division
800 US Court House
Nashville, TN 37203



7018 0360 0000 3448 0653

RECEIVED
IN CLERKS OFFICE
AUG 13 2018
U.S. DISTRICT COURT
MID. DIST. TENN.


