## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 3:16-cv-2285** |
| | ) | **Judge Crenshaw/Frensley** |
| **FIRST CLASS VACATIONS, INC.** | ) | |
| **Et Al.** | ) | |
| **Defendants.** | ) | |

## ORDER

On August 13, 2018, Jeffery Nahom sent a letter to the Clerk of Court advising the Court of his inability to afford an attorney, asking the matter proceed through arbitration and advising that he will be representing himself pro se. Docket No. 80. Mr. Nahom has previously been instructed:

> Jeffery Nahom "is no longer involved in this litigation as an individual Defendant. He is not listed as counsel for any Defendant (all of whom are currently listed as pro se), and a corporation must be represented by counsel to make filings in this court. Put simply, Mr. Nahom must understand that, while he may be an office of the corporate Defendants, as things stand he may not act on behalf of the Defendants as counsel in this litigation. Docket No. 78.

Therefore, as with Mr. Nahom's previous communications to the Court, the Clerk's Office is Ordered to Strike this letter from the docket. The Clerk's Office is further instructed not to accept any communications from Mr. Nahom on behalf of himself or anyone else in light of the foregoing.

Given the age of this case and status of the proceedings, Plaintiff is instructed that in the event that he wishes to seek default any such motion shall be made within thirty days of the entry of this Order or this action may be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

_____
**JEFFERY S. FRENSLEY**
**U. S. Magistrate Judge**

2