Tuesday, August 07, 2018

The United States District Court For The Middle District Of Tennessee Nashville Division
801 Broadway, Suite 800
Nashville, TN 37203


RE: Civil No. 3:16-cv-2285 / Craig Cunningham v. First Class Vacations, Inc., Rebecca Nahom, Jeff Nahom, Firefly Travel Corp and Peter Tolman


Attention: Clerks Office.

My name is Rebecca Nahom. I am writing to the court in the above referenced matter to respectfully ask to have my name removed from the above lawsuit as I am a stay at home mom of 4 small children. I haven't worked for First Class Vacations Inc., since 2008. I had no involvement in running the business whatsoever. I realize that I am listed as a corporate officer with Firefly Travel, but the company is now inactive. In regards to First Class Vacations, I was never a corporate officer. I was a sales manager years ago when I worked there. I respectfully ask the court to please exclude me as I had no involvement with any decisions or management of First Class Vacations and Firefly Travel Corp. I am representing myself at this time, and I am not in a financial position to hire an attorney. Thank you for your time in reviewing my petition and any assistance that you can give me in this matter would be greatly appreciated. I thank the court for its time.


Respectfully,

*Rebecca Nahom*
Rebecca Nahom
6500 NW 41st Terrace
Coconut Creek, FL 33073

Rebecca Nahom
6500 NW 41st Terrace
Coconut Creek, FL 33073

RECEIVED
IN CLERK'S OFFICE
AUG 17 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

The United States District Court
Middle District of Tennessee Nashville Division
801 Broadway, Suite 800
Nashville, TN 37203

NEOPOST
FIRST-CLASS MAIL
$000.47⁰
08/13/2018 ZIP 33432
042M14845831