IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| Plaintiff, | ) NO. 3:16-cv-2285 |
| v. | ) JUDGE RICHARDSON |
| FIRST CLASS VACATIONS, INC., et al. | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 88), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file in accordance with 28 U.S.C. § 636(b)(1)(C). The Report and Recommendation is adopted and approved. Accordingly, Defendant Nahom's letter (Doc. No. 82), which the Court has construed as a Motion to Dismiss (Doc. No. 83), is **DENIED**.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE