IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM,           )
                            )
        Plaintiff,          )        NO. 3:16-cv-2285
                            )
v.                          )        JUDGE RICHARDSON
                            )
FIRST CLASS VACATIONS, INC.,)
  et al.                    )
                            )
        Defendant.          )

## ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 91), to which no proper Objections have been filed, and a Motion to Strike (Doc. No. 97), filed by Plaintiff. As noted in the Court's prior Orders, Jeffrey Nahom is no longer a Defendant in this case and may not act on behalf of the other Defendants in this action. *See, e.g.,* Doc. Nos. 78 and 81.[1] Accordingly, Plaintiff's Motion to Strike (Doc. No. 97) is **GRANTED,** and the Clerk's Office is **ORDERED** to **STRIKE** Jeffrey Nahom's letter (Doc. No. 95) and Objection (Doc. No. 96) from the docket.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is **ADOPTED and APPROVED**. Accordingly, for the reasons explained in the Report and Recommendation, Plaintiff's Motion for Default Judgment (Doc. No 84) is **GRANTED**, and default judgment is entered in a total amount of $49,500, jointly and severally, against Defendants First Class Vacations, Inc., Firefly Travel Corp., and Rebecca Nahom.

---

[1] In fact, the Clerk's Office was instructed not to accept any communications from Mr. Nahom on behalf of himself or anyone else. Doc. No. 81.

The pretrial conference set for May 6, 2019, and the jury trial set for May 14, 2019, are canceled, and the Clerk is directed to close the file. This Order shall constitute the final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE