# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

Craig Cunningham

Plaintiff,

v.                                              Case No.: 3:16−cv−02285

First Class Vacations, Inc., et al.

Defendant,

## <u>ENTRY OF JUDGMENT</u>

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/30/2019 re [98].

Clerk of Court<br>s/ Dalaina Thompson, Deputy Clerk